IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TRAMANE JANARD FIELDS,<br><br>　　　　Petitioner,<br><br>v.<br><br>STATE OF GEORGIA; and SAM ZANDERS, Warden,<br><br>　　　　Respondents. | CIVIL ACTION NO.: 6:15-cv-119 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7), to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

This action is **DISMISSED WITHOUT PREJUDICE**, and the Court **DENIES** Petitioner leave to proceed *in forma pauperis* on appeal, **DENIES** a certificate of appealability, and **DENIES** all pending motions as **MOOT**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 2nd day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA